UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22613-MGC-Cooke

MERWIN LARREAL,

       Plaintiff,

VS.

TELEMUNDO OF FLORIDA, LLC,

       Defendant.

_____/

**DEFENDANT'S NOTICE OF FILING MOTION FOR RULE 11 SANCTIONS AND SUPPLEMENTAL LOCAL RULE 7.1 CERTIFICATE**

Defendant Telemundo of Florida, LLC ("Defendant") hereby notices the filing of its Motion for Rule 11 Sanctions and Incorporated Memorandum of Law ("the Motion"), served on Plaintiff but not filed on June 16, 2020, which is attached hereto as **Exhibit 1**. The deposition transcripts and exhibits referenced in the Motion were previously filed with this Court in connection with Defendant's Motion for Summary Judgment (D.E. 64) and Statement of Undisputed Facts (D.E. 65). Specifically, Plaintiff's deposition excerpts can be found at (D.E. 74, Ex. A) and Diego A. Rincon's deposition excerpts can be found at (D.E. 74, Ex. G).

**SUPPLEMENTAL LOCAL RULE 7.1 CERTIFICATE**

Defendant supplements the Local Rule 7.1 Certificate contained in the Motion as follows:

After serving the Motion, counsel for Defendant conferred with counsel for Plaintiff via electronic mail and telephone in an effort to resolve the issues raised in the Motion but was unable to resolve the issues.

Dated: July 13, 2020.

1

Respectfully Submitted,

SHULLMAN FUGATE PLLC

**Deanna K. Shullman**
Deanna K. Shullman (Florida Bar No. 514462)
dshullman@shullmanfugate.com
Giselle M. Girones (Florida Bar No. 124373)
ggirones@shullmanfugate.com
2101 Vista Parkway, Suite 4006
West Palm Beach, FL 33411
Tel: (561) 429-3619

Lynn D. Carrillo (Florida Bar No. 364990)
Lynn.carrillo@nbcuni.com
NBCUniversal News Group
NBCUniversal/Telemundo Enterprises
One Telemundo Way
Miami, FL 33182
Tel: (786) 585-7142

*Attorneys for Defendant*
*Telemundo of Florida, LLC*