UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-22613-Civ-COOKE/GOODMAN

MERWIN LARREAL,

    Plaintiff,

v.

TELEMUNDO OF FLORIDA, LLC,

    Defendant.

_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** is before me upon the Report and Recommendation ("R&R") of the Honorable Jonathan Goodman, U.S. Magistrate Judge [ECF No. 148], issued September 21, 2020, regarding Defendant's Motion for Summary Judgment [ECF No. 64].

In his R&R, Judge Goodman recommends that I grant Telemundo's summary judgment motion on the fair report privilege. Objections to Judge Goodman's R&R are due by October 5, 2020; however, on September 22, 2020, the Parties filed a Joint Notice of Non-Objection and Request for Adoption of Magistrate Judge Goodman's Report and Recommendation (the "Joint Notice") [ECF No. 149]. In their Joint Notice, the Parties request that I adopt Judge Goodman's R&R and enter summary judgment in Defendant's favor. Accordingly, Judge Goodman's R&R [ECF No. 148] is **APPROVED and ADOPTED** as the Order of this Court. It is therefore **ORDERED and ADJUDGED** that summary judgment is entered in favor of Defendant Telemundo of Florida, LLC. The Clerk is directed to **CLOSE** this case solely for administrative purposes.

**DONE and ORDERED** in Chambers, at Miami, Florida, this 25th day of September 2020.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*